FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

Ray Frank Ball                    2006 DEC 27  A 10: 10        2:06CV1139-MHT
**Name**

AIS # 224928
**Prison Number**

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3800 Fountain Correctional Facility ATMORE AL 36503
**Place of Confinement**

United States District Court Middle _____ District of Alabama

Case No. _____
**(To be supplied by Clerk of U. S. District Court)**

Ray Frank Ball _____, PETITIONER
**(Full name) (Include name under which you were convicted)**

Richard Allen Commissioner et al. _____, RESPONDENT
**(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)**

**and**

THE ATTORNEY GENERAL OF THE STATE OF Alabama _____

Hon Troy King _____, ADDITIONAL RESPONDENT.

    (If petitioner is attacking a judgment which imposed a sentence to be
served in the <u>future</u>, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the <u>future</u>
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) **This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material
fact may serve as the basis for prosecution and conviction for perjury.
All questions must be answered concisely in the proper space on the form.**

**The Judicial Conference of the United States has adopted, effective 1/1/83,
the 8-½ x 11 inch paper size standard for use throughout the federal
judiciary and directed the elimination of the use of legal size paper.  All
pleadings, etc. filed after 12/31/82 must be on 8-½ x 11 inch paper, otherwise
we cannot accept them.**

(2) Additional pages are not permitted except with respect to the <u>facts</u> which
    you rely upon to support your grounds for relief.  No citation of authorities
    need be furnished.  If briefs or arguments are submitted, they should be
    submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to
    proceed <u>in forma pauperis</u>, in which event you must execute the declaration
    on the last page, setting forth information establishing your inability to
    prepay the fees and costs or give security therefor.  If you wish to proceed
    <u>in forma pauperis</u>, you must have an authorized officer at the penal institution
    complete the certificate as to the amount of money and securities on deposit
    to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition.
    If you seek to challenge judgments entered by different courts either in the
    same state or in different states, you must file separate petitions as to
    each court.

(6) Your attention is directed to the fact that you must include all grounds for
    relief and all facts supporting such grounds for relief in the petition you
    file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies* must be</u>
    mailed to the Clerk of the United States District Court whose address is
    <u>        P. O. Box 711, Montgomery, Alabama  36101        </u>
    _____

(8) Petitions which do not conform to these instructions will be returned with
    a notation as to the deficiency.

    *If you are proceeding in forma pauperis, only the original petition needs to
     be filed with the Court.

                              PETITION

1. Name and location of court which entered the judgment of conviction under
   attack  <u>Mobile County Circuit Court</u>

2. Date of judgment of conviction  <u>8-18-05</u>

3. Length of sentence  <u>Life</u>          Sentencing Judge <u>Charles Graddick</u>

4. Nature of offense or offenses for which you were convicted:_____
   <u>Solicitation to Commit Murder</u>
   _____
   _____

5. What was your plea?  (check one)
   (a) Not guilty  (X)
   (b) Guilty      ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty
   plea to another count or indictment, give details: _____
   _____
   _____

6. Kind of trial:  (Check one)
   (a) Jury  (X)
   (b) Judge only  (  )

7. Did you testify at the trial?  Yes (  )   No (X)

8. Did you appeal from the judgment of conviction?  Yes (X)  No (  )

9. If you did appeal, answer the following:
   (a) Name of court  Alabama Criminal Court of Appeals
   (b) Result  Affirmed
   (c) Date of result  3-17-06
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details:  Supreme Court of Alabama
   _____ Writ Denied

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal?  Yes (X)  No (  )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court  Mobile Circuit Court
       (2) Nature of proceeding  Habeas Corpus

       (3) Grounds raised  Baston Violations  Jury unconstitutionally impaneled
       Giglio/Brady failure to disclose favorable evidence
       _____
       _____
       _____

       (4) Did you receive an evidentiary hearing on your petition, application
       or motion?  Yes (  )  No (X)
       (5) Result  Denied
       (6) Date of result  OA 13-2006
    (b) As to any second petition, application or motion give the same infor-
        mation:
       (1) Name of court  _____
       (2) Nature of proceeding  _____

       (3) Grounds raised  _____
       _____
       _____
       _____
       _____

       (4) Did you receive an evidentiary hearing on your petition, application
       or motion?  Yes (  )  No (  )
       (5) Result  _____
       (6) Date of result  _____

(c) As to any third petition, application or motion, give the same information:
    (1) Name of court _____
    (2) Nature of proceeding _____

    (3) Grounds raised _____
    _____
    _____
    _____
    _____
    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )
    (5) Result _____
    (6) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
    (1) First petition, etc.    Yes ( ) No ( )
    (2) Second petition, etc.    Yes ( ) No ( )
    (3) Third petition, etc.    Yes ( ) No ( )
(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_Proceeding under State Court was denied within ONE Hour of Filing_
_Reasonable application is Not State Courts Directive_
_____
_____
_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

    CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.    Ground one: (F) Conviction obtained by Failure of Prosecution to disclose favorable evidence

Supporting FACTS (tell your story **briefly** without citing cases or law): The only Material evidence offered was testified to having been contaminated and edited. Numerous other tapes suppressed.

B.    Ground two: (h) Grand or Petit Jury Unconstitutionally impaneled

Supporting FACTS (tell your story **briefly** without citing cases or law): Prosecution only selected white strikes and prejudice Jury members who were themselves victims of crimes with no favorable outcome.

C.  Ground three: _____

Supporting FACTS (tell your story brieflywithout citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.  Ground four: _____

Supporting FACTS (tell your story briefly without citing cases of law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: All grounds were raised at trial and on Appeal, No service of Justice Served in Alabama System
_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  Greg Hughes  501 Church St. Mobile Al 36602

    (b) At arraignment and plea  Greg Hughes  501 Church St. Mobile Al 36602

(c) At trial __Greg Hughes / Cindy Powell__

(d) At sentencing __Greg Hughes / Cindy Powell__

(e) On appeal __Greg Hughes / Cindy Powell__

(f) In any post-conviction proceeding __Pro se__

(g) On appeal from any adverse ruling in a post-conviction proceeding:____ __Pro se__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( ) No (X)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( ) No (X)
(a) If so, give name and location of court which imposed sentence to be served in the future: __N/A__

(b) And give date and length of sentence to be served in the future:_____ __N/A__

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( ) No (X)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on __11-11-06__ .
(date)

_____
Signature of Petitioner